IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| James Anderson,<br><br>                Petitioner,<br>vs.<br><br>Warden,<br><br>                Respondent. | C/A No. 1:18-3231-JFA-SVH<br><br><br>**ORDER** |

The Petitioner's Motion for Extension of Time to file objections to the Report and Recommendation is granted. (ECF No. 37). The deadline for filing objections to the Magistrate Judge's Report and Recommendation is hereby extended to Friday, November 15, 2019. Any objections filed by the Petitioner must be filed with this Court on or before such date. No further extensions will be granted.

IT IS SO ORDERED.

October 16, 2019　　　　　　　　　　　　　　Joseph F. Anderson, Jr.
Columbia, South Carolina　　　　　　　　　　United States District Judge